IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| RALPH BAILEY and DESHON THOMAS, | Case No. MJM-26-189 |
| Defendants. | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and LaRai Everett, Assistant United States Attorney and Christopher Izant, Special Assistant United States Attorney, for said District, moves this Honorable Court to order and direct that the Indictment, Arrest Warrants, and related documents be unsealed as to the above captioned Defendants.

In support of this Motion, the Government states as follows:

1. On June 4, 2026, a federal grand jury returned an Indictment alleging a drug trafficking conspiracy and related crimes against these two individuals. The Government previously moved to seal the Indictment in order to prevent the Defendants from fleeing from prosecution, destroying evidence, or otherwise obstructing justice.

2. On June 8, 2026, the above captioned Defendants were arrested and there is no longer a basis for sealing the Indictment as to these Defendants.

1

3. Accordingly, the Government hereby moves to unseal the Indictment as to the above captioned Defendants, unseal their arrest warrants and related documents.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _LaRai Everett_ Digitally signed by LARAI EVERETT
Date: 2026.06.08 13:43:18
-04'00'

LaRai Everett
Assistant United States Attorney

2